No. 1064. GENERAL ELECTRIC CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *David L. Benetar* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Eugene B. Granof* for National Labor Relations Board, and *Irving Abramson* and *Ruth Weyand* for International Union of Electrical, Radio & Machine Workers, AFL–CIO, respondents. *Milton A. Smith* for Chamber of Commerce of the United States as *amicus curiae* in support of the petition.

No. 1078. McCLAIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE BRENNAN would grant the petition for certiorari, vacate the judgment of the Court of Appeals, and remand the case to that court for further consideration in light of *Leary* v. *United States,* 395 U. S. 6 (1969). See *Street* v. *New York,* 394 U. S. 576, 586 (1969); *Stromberg* v. *California,* 283 U. S. 359 (1931). *Burton Marks* for petitioner. *Solicitor General Griswold* for the United States.

No. 1132, Misc. DESSUREAULT *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Z. Simpson Cox* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1158, Misc. TRAVNIKOFF *v.* WOOD, REHABILITATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.